UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHANIEL JENKINS,

    Petitioner,                                    Civil No. 21-cv-12960
                                                            Hon. Matthew F. Leitman

v.

MICHAEL BURGESS,

    Respondent.

_____/

## **JUDGMENT**

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

                                                                         KINIKIA ESSIX
                                                                        CLERK OF COURT

                                                   By:    s/Holly A. Ryan
                                                              Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN                            Dated:  April 25, 2022
United States District Judge                        Detroit, Michigan